# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: marskhaimovlaw@gmail.com

March 9, 2021

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Dilenia Paguada v. American Retail Supply Corp., 1:21-cv-00733-SHS</u>

To the Honorable Judge Stein,

  This office represents the Plaintiff in the above-referenced action. Respectfully, Plaintiff is submitting this letter-motion seeking an adjournment of the initial pretrial conference, currently scheduled for March 12, 2021. Plaintiff's counsel will be traveling and unavailable to appear for the conference on the scheduled date. Additionally, Plaintiff has yet to receive a response from the Defendant herein, either formally or informally.

  This is the first time this relief is being sought from the Court. Defendant's consent was not obtained, as Defendant has failed to respond to the action and the Parties are not in communication. Plaintiff's proposed new date for the initial pretrial conference to take place is April 16, 2021, or any date agreeable to the Court thereafter.

Respectfully,

/s/ Mars Khaimov, Esq.

**The conference is adjourned to April 16, 2021, at 10:00 a.m.**

Dated: New York, New York
   March 9, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.