**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
E-mail: marskhaimovlaw@gmail.com

April 15, 2021

**VIA ECF**
Hon. Judge Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Paguada v. American Retail Supply Corp
Case No. 1:21-cv-00733-SHS

Dear Judge Stein,

The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for April 16, 2021. Defendant was served on February 18, 2021 and has yet to appear. It is now April 15, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

Accordingly, the undersigned requests that the April 16th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with a Motion for Default Judgment.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

**The plaintiff shall file her motion for default judgment, on notice to defendant, on or before May 21, 2021.** *See* **Judge Stein's Individual Rules at https://www.nysd.uscourts.gov/hon-sidney-h-stein. The April 16 conference is adjourned** *sine die***.**

Dated: New York, New York
April 15, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.